*Gunther Jacobson* for appellant.

*Samuel Shapiro,* in person, and *Albert A. Burdick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TONY BERNARDI, JOSEPH BERNARDI, STEPHEN PONZILLO and ALFRED IOVINELLI, Appellants.

Argued December 1, 1948; decided January 6, 1949.

*Daniel H. Prior* for appellants.

*William M. Nicoll, District Attorney,* for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL T. WILLIAMS, Appellant.

Argued November 22, 1948; decided January 6, 1949.

*Edward H. Levine* and *Jesse P. Griggs* for appellant.

*John F. Finerty, Herbert M. Levy* and *Robert Markewich* for American Civil Liberties Union, *amicus curiæ,* in support of appellant's position.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment of conviction affirmed. Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: the defendant argued that his conviction violated the Fourteenth Amendment of the Constitution of the United States in that the sentence of death was